[No. 60971-8-I.    Division One.    November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN JAMES ALLAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01833-8, LeRoy McCullough, J., entered November 9, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60999-8-I.    Division One.    November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN FREEBURG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08085-3, Charles W. Mertel, J., entered December 6, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 61135-6-I.    Division One.    November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. T.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-02841-4, Carol A. Schapira, J., entered December 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61297-2-I.    Division One.    November 24, 2008.]

TIFFINI THOMPSON ET AL., *Appellants*, v. GRACE WANG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-20866-8, Douglass A. North, J., entered April 6, 2007. *Affirmed* by unpublished per curiam opinion.